Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON WILMOT,<br><br>        Plaintiffs,<br><br>v.<br><br>JEFFERSON CAPITAL SYSTEMS, LLC,<br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>        Defendants. | NO. 2:23-CV-01494-RSM<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR JEFFERSON CAPITAL SYSTEMS, LLC TO RESPOND TO COMPLAINT, Fed. R. Civ. P. 6(b)(1)(A)** |

Upon joint motion of Plaintiff Aaron Wilmot ("Plaintiff") and Defendant Jefferson Capital Systems, LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and for good cause showing,

IT IS HEREBY ORDERED, Defendant Jefferson Capital Systems, LLC, shall have up to and including November 30, 2023 to file its responsive pleading to the First Amended Complaint in the above-captioned action.

DATED: October 30, 2023

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR JEFFERSON CAPITAL SYSTEMS, LLC TO RESPOND TO COMPLAINT - 1

7810132.1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600