The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AARON WILMOT, | Case No. 2:23-CV-01494-RSM |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.** |
| v. | |
| JEFFERSON CAPITAL SYSTEMS, LLC, MIDLAND CREDIT MANAGEMENT, INC., | **NOTE ON MOTION CALENDAR: JANUARY 10, 2024** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff Aaron Wilmot and defendant Midland Credit Management, Inc. ("Midland") that the above-captioned action has been settled, and plaintiff and Midland agree for it to be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorneys' fees incurred herein.

IT IS SO STIPULATED.


DATED January 10, 2024.

HOLLAND & KNIGHT LLP


By: _s/ Garrett S. Garfield_
Garrett S. Garfield, WSBA No. 48375
E-mail: garrett.garfield@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.; CASE NO. 2:23-CV-01494-RSM PAGE 1

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone:  503.243.2300

1

Fax:  503.241.8014

2

*Attorneys for Defendant Midland Credit Management, Inc.*

3

4

5

DATED January 10, 2024.

6

7

By:  *s/ Aaron Wilmot*_____

8

Aaron Wilmot
15711 4th Ave., S, #14

9

Burien, WA 98148
Telephone: (206) 841-9899

10

E-mail: fdcpainbox@gmail.com

11

*Plaintiff pro se*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANT MIDLAND CREDIT
MANAGEMENT, INC.; CASE NO. 2:23-CV-01494-RSM
PAGE 2

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, Oregon 97204
Telephone:  503.243.2300

1

**ORDER**

2      Pursuant to plaintiff Aaron Wilmot and defendant Midland Credit Management Inc.'s

3 Stipulation of Dismissal with Prejudice Between Plaintiff and Defendant Midland Credit

4 Management, Inc., **IT IS SO ORDERED** that plaintiff's claims against Midland Credit

5 Management, Inc. are hereby **DISMISSED** with prejudice, and without an award of costs or

6 attorney fees to any party.

7

8      DATED this 11th day of January, 2024.

9

10

11

      RICARDO S. MARTINEZ

12      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing STIPULATION TO DISMISS WITH PREJUDICE DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. to be served on the following person(s):

| | |
|---|---|
| Aaron Wilmot<br>15711 4th Ave., S, #14<br>Burien, WA 98148<br>Telephone: (206) 841-9899<br>E-mail: fdcpainbox@gmail.com<br><br>*Plaintiff pro se* | Ryan W. Vollans<br>Williams Kastner and Gibbs<br>Two Union Square<br>601 Union St Ste 4100<br>Seattle, WA 98101<br>Telephone: 206-628-2781<br>Email: rvollans@williamskastner.com<br><br>*Attorneys for Defendant Jefferson Capital Systems, LLC* |

by causing the document to be delivered by the following indicated method or methods:

☑      by CM/ECF electronically mailed notice from the Court on the date set forth below.

☑      by mailing full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or attorneys, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐      by causing full, true, and correct copies thereof to be hand-delivered to the parties and/or their attorneys at their last-known office addresses listed above on the date set forth below.

☐      by sending full, true, and correct copies thereof, via overnight courier in sealed, prepaid envelopes, addressed to the parties and/or their attorneys as shown above, to the last-known office addresses of the parties and/or their attorneys, on the date set forth below.

☐      by faxing full, true, and correct copies thereof to the fax machines which are the last-known fax numbers for the parties' and/or attorneys' offices, on the date set forth below.

DATED: January 10, 2024.

*s/ Garrett S. Garfield*
Garrett S. Garfield